# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

MARK ALLEN KOCH,

    Plaintiff,

vs.

JEANNETTE WILLIAMS and CARL CLARK,

    Defendants.

8:16CV10

ORDER

This matter is before the court on the plaintiff's Motion to Extend Summons Service Time (Filing No. 9). The plaintiff seeks a thirty-day extension of the deadline to serve the defendants with summonses for this case due to a delay caused by an illness. The court also notes, on March 2, 2016, the court entered a Findings and Recommendation that the plaintiff's case be dismissed for lack of subject matter jurisdiction. **See** Filing No. 7. The plaintiff objected to the Findings and Recommendation, which is now on review by the Honorable Joseph F. Bataillon. **See** Filing No. 9. For these reasons,

    **IT IS ORDERED**:

The plaintiff's Motion to Extend Summons Service Time (Filing No. 9) is granted as follows. The plaintiff shall wait to effect service until after resolution of his objection to the Findings and Recommendation. The plaintiff shall have thirty days from the date an order is entered resolving the objection to serve the defendants, if necessary.

Dated this 18th day of April, 2016.

    BY THE COURT:

    s/ Thomas D. Thalken
    United States Magistrate Judge